JAMES DILLON, Respondent, v. TRUSTEES OF ST. PATRICK'S CATHEDRAL IN THE CITY OF NEW YORK, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.   Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.   Settle order before the presiding justice.

WILLIAM TELFORD DUNCAN and Another, Copartners, etc., Respondents, v. WOHL, SOUTH & COMPANY, Appellant.— Motion to dismiss appeal denied, without costs.   Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK, etc., Westerly Side of Egbert Avenue, Northerly Side of Saw Mill Road and Easterly Side of Manor Road, Borough of Richmond, for an Addition to Sea View Hospital, etc.— Motion granted.   No opposition.   Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of ROLLAND J. HAMILTON for Admission to the Bar.   (From the State of Illinois.) —Application granted.   Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Proposed Probate of an Instrument Purporting to Be the Last Will and Testament of JOHANNA B. HAUER, Deceased.— It appears by excusable neglect of appellants, the undertaking required by Code of Civil Procedure, section 2759, was not duly filed.   Inasmuch as the notice of appeal was duly taken, followed by the service of the case, this court relieves appellants from such default, on appellants paying ten dollars costs; and, therefore, the motion to dismiss the appeal will be denied, without costs.   Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of JOHN MICKLE HAMPHILL for Admission to the Bar.   (From the State of Pennsylvania.) —Application granted. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of ALFRED ARTHUR JENKINS for Admission to the Bar.   (From the State of Massachusetts.) —Application granted. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of JOHN L. KUHN for Admission to the Bar   (From the District of Columbia.) —Application granted.   Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of JOHN DANIEL WHITE for Admission to the Bar.   (From the State of Virginia.) —Application granted.   Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

HERBERT KAUFMAN, Respondent, v. SELZNICK PICTURES CORPORATION and Another, Appellants.— Motion for reargument denied, with ten dollars costs.   Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.